

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-17-00080-CV

**IN THE INTEREST OF A.F.C., I.C.C., A.R.H., JR., CHILDREN,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01986
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. Appellee's brief was originally due on May 1, 2017. On May 1, 2017, the State filed its first request asking for a fourteen-day extension of time in which to file its brief.

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal has been pending since the notice of appeal was filed in the trial court on February 14, 2017. The request is GRANTED, and the State is ORDERED to file its appellee's brief <u>no later than May 15, 2017</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court